Justice Ginsburg,
concurring in part and concurring in the judgment.
Recommending denial of the petition for certiorari in these cases, the Federal Energy Regulatory Commission urged that review “would be premature” given “the interlocutory nature of th[e] issues.” Brief in Opposition for Respondent Federal Energy Regulatory Commission 22, 25. In this regard, the Commission called our attention to “new measures” it had taken, as well as recent enactments by Congress, bearing on “the evaluation of contracts under Mobile-Sierra.” Id., at 14-16. In view of these developments, the Commission suggested, this Court should await “the better-developed record that would be produced by FER[C]... on remand.” Id., at 22. I agree that the Court would have been better informed had it awaited the Commission’s decision on remand. I think it plain, however, that the Commission erred in the two respects identified by the Court. See ante, at 552-554. I therefore concur in the Court’s judgment and join Part III of the Court’s opinion.